# UNITED STATES DISTRICT COURT
for the
< Northern > DISTRICT OF < New York

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 1 9 2017

LAWRENCE K. BAERMAN, CLERK
ALBANY

<Name(s) of plaintiff(s)>,

Plaintiff(s)
Dr. Marco A.V. Bitetto

v.

<Name(s) of defendant(s)>,

Defendant(s)
Ginni Romitty, CEO, IBM Corporation

Civil Action No. <Number>
1:17-CV-658
LEK/DJS

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
## AND UNFAIR COMPETITION

1.     <Statement of Jurisdiction. See Form 7.>

    <*a. For diversity-of-citizenship jurisdiction.*> The plaintiff is [a citizen of State A] [a corporation incorporated under the laws of State A with its principal place of business in State A]. The defendant is [a citizen of State B] [a corporation incorporated under the laws of State B with its principal place of business in State B]. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332.

    <*b. For federal-question jurisdiction.*> This action arises under [the United States Constitution; specify the article or amendment and the section] [a United States treaty; specify] [a federal statute, ___ U.S.C. § ___].

    <*c. For a claim in the admiralty or maritime jurisdiction.*> This is a case of admiralty or maritime jurisdiction. <*To invoke admiralty status under Rule 9(h) use the following*: This is an admiralty or maritime claim within the meaning of Rule 9(h).>

2.     Before 16 June 2017 , the plaintiff, a United States citizen, wrote a book entitled NERVOTRON: A Functional Silicon Analog to the Neuron.

3.     The book is an original work that may be copyrighted under United States law. A copy of the book is attached as Exhibit A.

4.     Between 16 June 2017 and 15 September 1995, the plaintiff applied to the copyright office and received a certificate of registration dated 15 September 2017 and identified as 15 September 2017, Text, TX0004303621.

5.     Since 15 September 2017, the plaintiff has either published or licensed for publication all

copies of the book in compliance with the copyright laws and has remained the sole owner of the copyright.

6. After the copyright was issued, the defendant infringed the copyright by using, publishing and selling rights to use material from NERVOTRON: A Functional Silicon Analog to the Neuron, which was copied largely from the plaintiff's book. A copy of the defendant's book is attached as Exhibit B.

7. The plaintiff has notified the defendant in writing of the infringement.

8. The defendant continues to infringe the copyright by continuing to publish and sell the infringing book in violation of the copyright, and further has engaged in unfair trade practices and unfair competition in connection with its publication and sale of the infringing book, thus causing irreparable damage.

Therefore, the plaintiff demands that:

(a) until this case is decided the defendant and the defendant's agents be enjoined from disposing of any copies of the defendant's book by sale or otherwise;

(b) the defendant account for and pay as damages to the plaintiff all profits and advantages gained from unfair trade practices and unfair competition in selling the defendant's book, and all profits and advantages gained from infringing the plaintiff's copyright (but no less than the statutory minimum);

(c) the defendant deliver for impoundment all copies of the book in the defendant's possession or control and deliver for destruction all infringing copies and all plates, molds, and other materials for making infringing copies;

(d) the defendant pay the plaintiff interest, costs, and reasonable attorney's fees; and

(e) the plaintiff be awarded any other just relief.

Date: 16 June 2017                           <Signature of attorney or unrepresented party>

*Marco Bitetto*

---

Dr. Marco A.V. Bitetto
<Printed name>
4 Fourth Avenue
Rensselaer, New York 12144
<Address>
drmbitetto@verizon.net
<E-mail address>
(917)780-2379
<Telephone number>

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = NERVOTRON: A FUNCTIONAL SILICON ANALOG TO THE NEURON
Search Results: Displaying 1 of 1 entries



*Nervotron : a functional silicon analog to the neuron.*

Type of Work: Text
Registration Number / Date: TX0004303621 / 1996-03-06
Title: Nervotron : a functional silicon analog to the neuron.
Description: Microfiche.
Copyright Claimant: Marco Antonio V. Bitetto
Date of Creation: 1994
Date of Publication: 1995-09-15
Names: Bitetto, Marco Antonio V.



Login in to Proquest

## Citation/Abstract

# NERVOTRON: A functional silicon analog to the neuron

1994 1994

Other formats: Order a copy

### Abstract (summary)

NERVOTRONS are silicon based analogs of biological neurons that are in effect capable of reacting in many of the same analogous modes of operations as the currently understood models of neurons. The theory behind such analogous processing units is discussed along with a discussion of how hardware analogs can be made to form auto-programming networks via the use of closed loop feedback methods of the PID (Proportional Integral Derivative) variety and/or use of Markovian Renormalization error minimization techniques. A collection of idealized interconnection networks of NERVOTRONS are described and techniques are discussed for the actualization of these idealized networks in silicon. Computerized simulation models are included for the basic processing models of the NERVOTRON and a method of determining how long it would take a NERVOTRONIC control system to eliminate a perturbation from the actual signal input. This dissertation concludes with a discussion of the future potential of NERVOTRONIC technology to mankind, current limitations and future development. Included are discussions on the topics of: Thinking, Learning and Creativity; Cognitron Theory; Reading Machine; Talking; Exploder; Specifications of Recommended Components; Renormalization Theory and Concepts and Markovian Renormalization; Simulation Programs; and Analysis of the Functional Anatomy of the Human Brain.

### Indexing (details)

| | |
|---|---|
| Subject | Electrical engineering; Computer science; Artificial intelligence |
| Classification | 0544: Electrical engineering 0984: Computer science 0800: Artificial intelligence |
| Identifier / keyword | Applied sciences, machine learning |
| Title | NERVOTRON: A functional silicon analog to the neuron |
| Author | Binetto, Marco Antonio V. |
| Pages | 254 p. |
| Number of pages | 254 |
| Publication year | 1994 |
| Degree date | 1994 |
| School code | 1033 |
| Source | DAI-B 56/03, p. 1598, Sep 1995 |
| Place of publication | Ann Arbor |
| Country of publication | United States |
| Advisor | Jack, Hulan, Jr; Pruscia, Vito |
| University/institution | The Union Institute |
| University location | United States -- Ohio |
| Degree | Ph.D. |
| Source type | Dissertations & Theses |
| Language | English |
| Document type | Dissertation/Thesis |
| Dissertation/thesis number | 9522949 |
| ProQuest document ID | 304178747 |
| Copyright | Copyright UMI - Dissertations Publishing 1994 |
| Document URL | http://search.proquest.com/docview/304178747 |

^ Back to top

Contact Us

Copyright © 2014 ProQuest LLC. All rights reserved. Terms and Conditions