UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN 1 6 2018

LAWRENCE K. BAERMAN, CLERK
ALBANY

MARCO A. BITETTO,

Plaintiff,

vs. GINNI ROMITTY,

Defendant

Defendant. Civil Action No.

1:17-cv-00658-LEK-DJS

**CASES SIMILAR TO MY CASE**

I have included three cases dealing with copyrighted patentable inventions. These cases are very similar to my own and also demonstrate that copyrightable patentable inventions can also be defended as patents themselves. All of the cases came from the "Law Reports of Patent Cases Vol. 1" by William Carpmael.

*Dr. Marco A.V. Bitetto*

Dr. Marco A.V. Bitetto

Pro Se

Date: 12 January 2018

## BRUNTON vs HAWKES AND OTHERS

The case was over copyrighted patentable items relating to ships. The ruling was in favor of Bruton. In that the court ruled that copyrighted patentable items were equivalent to patentable items.

## CAMPION vs BENYON AND OTHER

This case deals with a copyrightable patentable invention. The invention is an automated way to make sales for ships using help and flax. In this case the court ruled in favor of Benyon and Others and also stated that copyrightable patents are equivalent to patents.

## HALL vs JAVIS BOOT AND FRANCIS BOOT

The case dealt with the copyrightable patentable invention of an improved automated way to make lace. The court ruled in favor of Hall. It further stated that copyrightable patentable inventions are equivalent to patents themselves.

From:
Dr. M. Bitetto
4 4th Avenue
Rensselaer
NY 12144

ALBANY NY 122
03 JAN 2018 PM 1 L

CLERK, US DISTRICT COURT
JAMES T. FOLEY COURT HOUSE
445 BROADWAY RM 509
ALBANY, NY 12207-2936

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED

JAN 16 2018

LAWRENCE K. BAERMAN, CLERK
ALBANY

12207-294899