UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK



---

DR. MARCO A. BITETTO,

Plaintiff,

vs. GINNI ROMITTY,

Defendant

Defendant.  Civil Action No.

1:17-cv-00658-LEK-DJS

---

**MOTION TO EXPEDITE THE CASE WITH ME PRESENT BEFORE THE COURT.**

I am putting forward this motion to expedite this case with me before the jury with my guide dog and wife. I will be expecting a reply shortly on this matter.

Dr. Marco A.V. Bitetto

_Dr. Marco A.V. Bitetto_    Date: 03/02/2018

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF NEW YORK**

---

DR. MARCO A. BITETTO,

Plaintiff,

vs. GINNI ROMITTY,

Defendant

Defendant.  Civil Action No.

1:17-cv-00658-LEK-DJS

---

**FACTS OF THE CASE**

The copyrighted patent of the NERVOTRON is the fact in dispute and dates back to 1995.

As was already set as presidents, copyrighted patents have the same and even more protection under the law as patents do themselves. Copyrighted patents are protected by the law for the live of the inventor plus ninety nine years.

You shall also find two copies of the e-zine articles from the web dealing with IBM's getting of project Synapse defense funding to invent the TruNorth chipset and also IBM's selling of the rights to Samsung for the development of neuromorphic chips for their entire line of consumer products.

Enclosed you shall also find three cases of copyrights that deal with patentable items.

Elder vs Ashcroft

The nature of this case is one challenging congresses ability to change the extension of time for copyrights.  The ruling in this case was that Elder was wrong and congress does indeed have the right to change extensions of time for copyrighted patentable items registration.

Lueddecke vs Chevrolet Motors Co.

In this case, Lueddecke contents that his protected redesign of the tilting Chevrolet cars was protected as a copyright. Lueddecke sent several unsolicited letters dealing with this matter. The court decided that since the ideas to fix the problem were unsolicited and were also common sense that Lueddecke was not entitled to any for of monetary compensation.

Nadel vs Play By Play Toys & Novelties, Inc.

In this case, the developer of the toy Nadel went to Play By Play Toys to sell the idea to them. Subsequently, Play By Play Toys declined and went ahead with producing a toy that was exactly what Nadel developed. The court ruled in Nadel's favor and gave judgement against Play By Play Toys.

On I.T.

# DARPA-funded IBM chip inspired by synapses in the human brain

By Mohana Ravindranath  August 7, 2014

IBM on Thursday unveiled a new computer chip designed to emulate the computing process and energy efficiency of the human brain.

The size of a postage stamp, the chip uses the energy equivalent of a hearing-aid battery, according to IBM. IBM says its "neurosynaptic chips" can be tiled together to make a larger computing system.

The project — called Systems of Neuromorphic Adaptive Plastic Scalable Electronics (SyNAPSE) — is fueled by about $53 million from the Defense Advanced Research Project Agency. (DARPA works closely with IBM on other projects; in February, for instance, the agency selected IBM for a $3.4 million contract to design chips for electronics that can self-destruct when triggered.)

Eventually, the chips could be used in robots that roam around disaster regions and communicate with people, or in eyeglasses that process video and auditory input to help the wearer navigate a busy road, among other conceptual ideas, according to IBM.

The computing system could be used for unmanned aerial vehicles, or drones, said Gill Pratt, a program manager in DARPA's defense sciences office.

Robot systems that analyze input in real-time — comparing images from a camera to images stored in a database, for instance — typically use large amounts of power, Pratt said in an interview, noting that "warfighters and UAVs all have very limited amounts of power they can use . . . we are trying to improve the power efficiency of the computation as much as possible".

The neurosynaptic chips are mean to complement IBM's other so-called cognitive computing technologies such as Watson, the system that won "Jeopardy!" in 2011. Watson uses natural language processing skills to interpret human speech queries, and mines large volumes of data to find the answer. Where as Watson represents humans' "left-brain" — associated with analytical thinking — the neurosynaptic chips are meant to simulate pattern recognition and process sensory input, according to IBM.

DARPA-funded IBM chip inspired by unusual thing: the human brain https://www.washingtonpost.com/news/the-switch/wp/2014/08/07/darpa-funded-ibm...
IBM is still working out how to commercialize the chips, lead research scientist Dharmendra Modha said in an interview.

"This is really a research project. My job was to make impossible possible. . .now the possible has to become real," he said.


0 Comments

# THE VERGE



TECH



# Samsung uses IBM's brain-inspired chip to recognize gestures

By Alex Brokaw | Aug 12, 2016, 4:33pm EDT

SHARE



Human brains and machine brains are different. Human brains are really good at critical analysis. Machine brains are really good at working with lots of data. Human brains are power efficient. Machine brains need 100 million times more power than human brains to perform similar cognitive tasks.

That's why researchers and companies have been interested in chips with structures that mimic the human brain, also known as "neuromorphic computing." IBM's TrueNorth is one of those chips. It has 4,096 computer cores that support about a million digital brain cells and 256 million connections. Information travels over those connections like it does across human synapses.

On Thursday, Eric Ryu, a vice president of research at the Samsung Advanced Institute of Technology, showed off how TrueNorth could help a computer be better at recognizing hand gestures while using one-tenth of the power used by typical phones. Samsung isn't the first to use the chip, although the company does manufacture it. The Lawerence Livermore National Lab has been using it for cyber security research. The US Air Force has been using it to detect unusual events in videos and to build smarter autonomous drones.

Samsung has built TrueNorth into its Dynamic Vision Sensor, which uses the chip to recognize images at 2,000 frames per second. That kind of speed is really good for generating 3D maps, driving autonomously, and controlling computers with gestures.

Venture Beat shot a quick video of Ryu on stage at IBM's research laboratory in Almaden, California, demonstrating how these hand gestures could be used to control a TV.



Samsung demos IBM's brain chip in a gesture recognition app

"It recognized hand waves, finger waves, closed fists and finger pinches from about 10 feet away," wrote CNET.

Seems like machine learning-optimized hardware is here to stay. Let's just hope the tech industry stops thinking we want to use it to make ridiculous hand gestures.

- SOURCE: CNET

AD

# THE LATEST



**Snapchat now has Giphy integration and will introduce a Tabs function for Stories**
By Thuy Ong | 9 comments



**Google begins replacing Android Pay and Google Wallet with new app**
By Chaim Gartenberg | 81 comments



**Spotify's latest job listings show it's ramping up efforts to produce hardware**
By Thuy Ong | 13 comments



**The iPhone, the Pixel, and the tragic anxiety of having to choose**
By Vlad Savov | 222 comments



**Sony takes on ride-hailing in Japan as Uber looks for partners**
By Thuy Ong



**Samsung unveils world's largest SSD with whopping 30TB of storage**
By James Vincent | 47 comments

AD

U.S. POSTAGE PAID
RENSSELAER, NY
12144
MAR 05, 18
AMOUNT
$6.91
R2305H129505-12

7016 2070 0000 0410 1263

From:
Dr. M. Bitetto
4 4th Avenue
Rensselaer
NY 12144

To
CLERK, US DISTRICT COURT
JAMES T. FOLEY COURT HOUSE
445 BROADWAY RM 509
ALBANY NY 12207-2936

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
MAR 0 8 2018
LAWRENCE K. BAERMAN, CLERK
ALBANY