U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAR 1 9 2018

LAWRENCE K. BAERMAN, CLERK
ALBANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF NEW YORK**

DR. MARCO A. BITETTO,

Plaintiff,

vs. GINNI ROMITTY,

Defendant

Defendant.  Civil Action No.

1:17-cv-00658-LEK-DJS

### REQUEST TO REOPEN CASE

The land mark rulings that support the reopening of this case are as follows:

Metallurgical Industries, Inc vs Forteck Inc., E.I. Dupont DeNumours & Co. vs Christopher, and Pepsico vs Romand

Additionally, I both request a jury for this trial and also ask to be allowed to be present at this trial with my guide dog, my wife and myself present.

Dr. Marco A.V. Bitetto                   DATE: 15 March 2018

Dr. Marco A.V. Bitetto

From:
Dr. M. Bitetto
1 4th Avenue
Rensselaer
NY 12144

To

CHAMBERS OF
LAWRENCE E. KAHN
U.S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT
JAMES T. FOLEY U.S. COURT HOUSE
445 BROADWAY - ROOM 422
ALBANY, NEW YORK 12207

MAR 16 18
AMOUNT
$6.70

CERTIFIED MAIL

7016 2070 0000 0410 1423

