UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

APR 1 0 2018

LAWRENCE K. BAERMAN, CLERK
ALBANY

MARCO A. BITETTO,

Plaintiff,

vs. GINNI ROMITTY,

Defendant

Defendant. Civil Action No.

1:17-cv-00658-LEK-DJS

**MOTION TO EXPEDITE THE CASE**

I have included three cases dealing with copyrighted patentable inventions. These cases are very similar to my own and also demonstrate that copyrightable patentable inventions can also be defended as patents themselves. All of the cases came from the "Law Reports of Patent Cases Vol. 1" by William Carpmael.

I am also including the fact that the defendant's legal representatives have done their best to attempt to dismiss and prolong this case as possible. Therefore, it is not unprecedented that this case should be expedited without any further motions to either dismiss or prolong this case.

*Dr. Marco A.V. Bitetto*

Dr. Marco A.V. Bitetto

Pro Se

Date: 12 January 2018

## BRUNTON vs HAWKES AND OTHERS

The case was over copyrighted patentable items relating to ships. The ruling was in favor of Bruton. In that the court ruled that copyrighted patentable items were equivalent to patentable items.

## CAMPION vs BENYON AND OTHER

This case deals with a copyrightable patentable invention. The invention is an automated way to make sales for ships using help and flax. In this case the court ruled in favor of Benyon and Others and also stated that copyrightable patents are equivalent to patents.

## HALL vs JAVIS BOOT AND FRANCIS BOOT

The case dealt with the copyrightable patentable invention of an improved automated way to make lace. The court ruled in favor of Hall. It further stated that copyrightable patentable inventions are equivalent to patents themselves.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

---

MARCO A. BITETTO,

Plaintiff,

vs. GINNI ROMITTY,

Defendant

Defendant. Civil Action No.

1:17-cv-00658-LEK-DJS

---

## CASES SIMILAR TO MY CASE

I have included three cases dealing with copyrighted patentable inventions. These cases are very similar to my own and also demonstrate that copyrightable patentable inventions can also be defended as patents themselves. All of the cases came from the "Law Reports of Patent Cases Vol. 1" by William Carpmael.


*Dr. Marco A.V. Bitetto*

Dr. Marco A.V. Bitetto

Pro Se

Date: 12 January 2018

## BRUNTON vs HAWKES AND OTHERS

The case was over copyrighted patentable items relating to ships. The ruling was in favor of Bruton. In that the court ruled that copyrighted patentable items were equivalent to patentable items.

## CAMPION vs BENYON AND OTHER

This case deals with a copyrightable patentable invention. The invention is an automated way to make sales for ships using help and flax. In this case the court ruled in favor of Benyon and Others and also stated that copyrightable patents are equivalent to patents.

## HALL vs JAVIS BOOT AND FRANCIS BOOT

The case dealt with the copyrightable patentable invention of an improved automated way to make lace. The court ruled in favor of Hall. It further stated that copyrightable patentable inventions are equivalent to patents themselves.

19 March 2018

Dear Sir;

I'm writing this affidavit on behalf of Dr. Marco Bitetto, who was a doctoral student and I was on his doctoral committee. As such, I am most knowledgeable about the science and technology involved in his patent infringement case with IBM.

I'm also familiar with the IBM TruNorth technology to a degree that I can truly say that IBM has actually stolen Dr. Bitetto's patented technology.

As such, I truly encourage Dr. Bitetto to persue this patent infringement law suit.

*Dr. Hulan Jack jr.*

Dr. Hulan Jack Jr.

March 20, 2018

Dear Sir;

I'm writing this letter of support for Dr. Bitetto. As a semiconductor fabrication engineer I have worked with a multitude of semiconductor designs that were converted from ideas to hardware. Having read his doctoral dissertation and also knowing about the IBM TruNorth technology.

As such, I can truthfully say that the two technologies are essentially the same and since the NERVOTRON technology predates the TruNorth IBM technology. Furthermore, Dr. Bitetto is the inventor of the NERVOTRON technology in and of itself and therefore IBM stole his patented technology and used it to the extreme. They even licensed its unlimited use to SAMSUNG corporation.

As such, I am fully behind Dr. Bitetto on this patent infringement law suit.



Mr. Edward Lee




Make a creative leap.
Apps for design, video, and web.
Plans start at US$9.99/mo. Join now ›

TECH



# Samsung uses IBM's brain-inspired chip to recognize gestures

By Alex Brokaw | Aug 12, 2016, 4:33pm EDT

   SHARE



Human brains and machine brains are different. Human brains are really good at critical analysis. Machine brains are really good at working with lots of data. Human brains are power efficient. Machine brains need 100 million times more power than human brains to perform similar cognitive tasks.

That's why researchers and companies have been interested in chips with structures that mimic the human brain, also known as "neuromorphic computing." IBM's TrueNorth is one of those chips. It has 4,096 computer cores that support about a million digital brain cells and 256 million connections. Information travels over those connections like it does across human synapses.

On Thursday, Eric Ryu, a vice president of research at the Samsung Advanced Institute of Technology, showed off how TrueNorth could help a computer be better at recognizing hand gestures while using one-tenth of the power used by typical phones. Samsung isn't the first to use the chip, although the company does manufacture it. The Lawerence Livermore National Lab has been using it for cyber security research. The US Air Force has been using it to detect unusual events in videos and to build smarter autonomous drones.

Samsung has built TrueNorth into its Dynamic Vision Sensor, which uses the chip to recognize images at 2,000 frames per second. That kind of speed is really good for generating 3D maps, driving autonomously, and controlling computers with gestures.

Venture Beat shot a quick video of Ryu on stage at IBM's research laboratory in Almaden, California, demonstrating how these hand gestures could be used to control a TV.

Samsung demos IBM's brain chip in a gesture recognition app



"It recognized hand waves, finger waves, closed fists and finger pinches from about 10 feet away," wrote CNET.

Seems like machine learning-optimized hardware is here to stay. Let's just hope the tech industry stops thinking we want to use it to make ridiculous hand gestures.

- SOURCE: CNET

AD

# THE LATEST



### Snapchat now has Giphy integration and will introduce a Tabs function for Stories

By Thuy Ong | 9 comments



### Google begins replacing Android Pay and Google Wallet with new app

By Chaim Gartenberg | 81 comments



### Spotify's latest job listings show it's ramping up efforts to produce hardware

By Thuy Ong | 13 comments



### The iPhone, the Pixel, and the tragic anxiety of having to choose

By Vlad Savov | 222 comments



### Sony takes on ride-hailing in Japan as Uber looks for partners

By Thuy Ong



### Samsung unveils world's largest SSD with whopping 30TB of storage

By James Vincent | 47 comments

AD

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
                                                                
**(b)** County of Residence of First Listed Plaintiff: **Rensselaer**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Dr. Marco A.V. Bitetto (Pro Se) 4 Fourth Avenue Rensselaer, NY 12144
(518)703-9171

## DEFENDANTS

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☒ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / Other: | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☒ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**Violation of the United States Patent Law**
Brief description of cause:
**Patent Infringement**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ **$100 Billion**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: **3/23/2018**
SIGNATURE OF ATTORNEY OF RECORD: Dr. Marco A.V. Bitetto (Pro Se) */s/ Dr. Marco A.V. Bitetto*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO 240A (Rev. 01/09) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| Dr. Marco A.V. Bitetto ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| Ms. Romitty ) | |
| *Defendant* ) | |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☐ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

This application is denied for these reasons:

Date: _____                    _____
                                                    *Judge's signature*

                                                    _____
                                                    *Printed name and title*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Dr. Marco A.V. Bitetto <br><br> *Plaintiff(s)* <br> v. <br> Ms. Romitty <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/23/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ms. Romitty

was received by me on *(date)* 2/20/2018 .

☑ I personally served the summons on the individual at *(place)* Work

on *(date)* 2/20/2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/20/2018

_____
*Server's signature*

Dr. Marco A.V. Bitetto
*Printed name and title*

4 Fourth Avenue Rensellaer, NY 12144
*Server's address*

Additional information regarding attempted service, etc:

From:
Dr. M. Blotnetter
4 4th Avenue
Rensselaer
NY 12144

CLERK, US DISTRICT COURT
JAMES T FOLEY COURT HOUSE
445 BROADWAY, RM 509
ALBANY NY 12207-2936

RECEIVED
APR 10 2018
U.S. DISTRICT COURT
N.D. OF N.Y.
LAWRENCE K. BAERMAN, CLERK
ALBANY

$7.12
USPS
APR 07, 18
RENSSELAER
12144
AMOUNT
R2305H129505-12

7014 2070 0000 0410 1751

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

S. POSTAGE
PAID